VENABLE LLP
Daniel S. Silverman (SBN 137864)
dsilverman@venable.com
Matthew J. Busch (SBN 307396)
mjbusch@venable.com
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone:   (310) 229-9900
Facsimile:    (310) 229-9901

Damon W.D. Wright
(*pro hac vice* application to be filed)
dwdwright@venable.com
600 Massachusetts Avenue NW
Washington, DC 20001
Telephone:   (202) 344-4937
Facsimile:    (202) 344-8300

Attorneys for TruthFinder LLC

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUTHFINDER LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>PLATINUM DATA VERIFI LLC, a New York limited liability company; SEEKVERIFY LLC, a New York limited liability company; and CMP GROUP INC, a New York corporation,<br><br>Defendants. | CASE NO.   '18 CV 0691 LAB RBB<br><br>**COMPLAINT FOR COPYRIGHT INFRINGEMENT, FALSE ADVERTISING, VIOLATION OF THE CALIFORNIA BUSINESS AND PROFESSIONS CODE AND UNJUST ENRICHMENT**<br><br><u>JURY TRIAL DEMANDED</u> |

Plaintiff TruthFinder LLC ("TruthFinder") brings this complaint against Defendants Platinum Data Verifi LLC ("PDV"), SeekVerify LLC ("SV LLC") (together, "SeekVerify"), and CMP Group Inc. ("CMP Group") (collectively "Defendants"), and alleges as follows:

**V E N A B L E   L L P**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

**INTRODUCTION**

1.       This is an action for federal copyright infringement under 17 U.S.C. § 101 *et seq.,* false advertising in violation of the Lanham Act, 15 U.S.C. § 1051 *et seq.,* violation of the California Unfair Competition Law, Cal. Bus. & Prof. Code §§ 17200 *et seq.*, and unjust enrichment.

**PARTIES**

2.       TruthFinder is organized under the laws of the State of Delaware and maintains its principal place of business in San Diego County, California.

3.       TruthFinder is informed and believes and, on that basis, alleges that at all times relevant to this Complaint, Defendant Platinum Data Verifi LLC is a New York limited liability company based in Suffolk County, NY, and conducting business across the United States and with subscribers in all fifty states, including California.

4.       TruthFinder is informed and believes and, on that basis, alleges that at all times relevant to this Complaint, Defendant SeekVerify LLC is a New York limited liability company based in Suffolk County, NY, and conducting business across the United States and with subscribers in all fifty states, including California.

5.       TruthFinder is informed and believes and, on that basis, alleges that at all times relevant to this Complaint, Defendant CMP Group Inc. is a New York corporation based in Queens County, NY, with its principal place of business in Rochester, NY, and conducting business across the United States and with subscribers in all fifty states, including California.

**JURISDICTION AND VENUE**

6.       This Court has federal question jurisdiction under 28 U.S.C. §§ 1331 and 1338 because the action alleges, *inter alia*, violations of the Copyright Act, 17 U.S.C. § 101 *et seq.,* and the Lanham Act, 15 U.S.C. § 1051 *et seq.*

COMPLAINT

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

7.     This Court has supplemental jurisdiction under 28 U.S.C. § 1367 over any state law claims because the state law claims arise out of the same nucleus of operative fact and are so related to the federal cause of action that they form the same case or controversy.

8.     Venue is proper in this district under 28 U.S.C. § 1391(b) because a substantial part of the events giving rise to the claims raised in the lawsuit occurred in this judicial district, and because Defendants conduct business in this district and Defendants' actions have injured TruthFinder, whose headquarters are in this judicial district.

9.     TruthFinder is informed and believes and, on that basis, alleges that Defendants are subject to personal jurisdiction of this Court because Defendants transact substantial business and have knowingly caused tortious injury to TruthFinder in the State of California and within this judicial district.  Defendants are also within the reach of the California Long-Arm Statute, Cal. Code Civ. P. § 410.10.

## FACTS AND BACKGROUND
### Plaintiff TruthFinder LLC

10.     TruthFinder is an Internet-based company that launched in February 2015.  TruthFinder provides people finder, criminal record, social media and other public record information to individual consumers (collectively "public record information").  TruthFinder provides this public record information for sale and via a subscription basis to consumers via its website TruthFinder.com (the "TruthFinder Website"), which is accessible across the United States.

11.     TruthFinder has invested substantial time, effort, and financial resources into developing and testing the TruthFinder Website with consumers and creating the original and copyrighted content on its website.  TruthFinder has engaged in extensive consumer testing to identify the most effective, revenue-generating layouts for its webpages.  This testing includes split testing hundreds of

COMPLAINT

headlines, sub-headlines, overall page layouts, and wording, as well as the unique sequence of pages that constitute the TruthFinder Website flows. Although it has evolved over time, the TruthFinder Website has been continuously available on the Internet since approximately February 2015.

12.    As a result of TruthFinder's vigorous consumer testing, the TruthFinder Website is highly unique among websites in the online background check space. For instance, the TruthFinder Website features a unique multi-step flow that contains original text and images at each webpage that are the result of extensive creative development and consumer testing. TruthFinder constantly tests and updates its website resulting in regular revisions and creation of new and creative content, sequence, and flow.

13.    At all times relevant to this Complaint, the TruthFinder Website has included a copyright notice at the bottom of each of the site's webpages, which currently reads: "Copyright © 2018 TruthFinder, Inc. All Rights Reserved."

14.    The TruthFinder Website also includes a Terms of Use agreement that may be accessed through a link available at the bottom of each of the sites' webpages and must be specifically acknowledged as accepted before accessing any results. The Terms of Use govern the rights and obligations owed by and to TruthFinder, notifies users that TruthFinder owns and/or controls the copyright in the contents of the TruthFinder Website, and contains several prohibitions on visitors' conduct while using the website. Prominent among the user prohibitions contained in the TruthFinder Website's Terms of Use are the provisions that "No portion of the Sites may be reproduced, duplicated, copied, sold, or otherwise exploited for any commercial purpose that is not expressly permitted by TruthFinder."

15.    The contents of the TruthFinder Website, including the text, two-dimensional images, elements, arrangement of component parts that appear on the website, sequence of the pages in the flow, and overall concept and look and feel

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

COMPLAINT

of the website are wholly original works that constitute copyrightable subject matter under the laws of the United States.

16.     TruthFinder owns all right, title, and interest in the TruthFinder Website and each and every webpage featured thereon.  These materials are registered with the U.S. Copyright Office.  TruthFinder has complied in all respects with the Copyright Act of 1976, 17 U.S.C. § 101 *et seq.*, and applied for and received numerous copyright registrations for the TruthFinder Website, including HTML code, graphics, text and imagery.  The Copyright Registrations containing the infringed upon material were registered and/or applied for as: *Truthfinder - Website & HTML Code (November-December 2016)*, number VAu 1-292-937, registered July 18, 2017; *Truthfinder - Website & HTML Code (January 2017)*, number VAu 1-288-308, registered July 24, 2017; *Truthfinder - Results HTML Code of v3 (08.17.2016)*, number TXu 2-037-093, registered January 23, 2017; *TF - Full Site v3-000001 (2016.06.02)*, number VAu 1-278-276, registered November 7, 2016, and Application No. 1-4336651842.

## Defendants

17.     SeekVerify operates a website found at the domain name seekverify.com (the "SeekVerify Website").  The SeekVerify Website includes text, two-dimensional images, elements, arrangement of component parts, sequence of the pages in the flow, and overall concept and look and feel that are identical or substantially similar to the TruthFinder Website.

18.     Upon information and belief, CMP Group created the SeekVerify Website on behalf of SeekVerify.  CMP Group has advertised its responsibility for the SeekVerify Website in public advertisements, as demonstrated below. TruthFinder is unaware of any further relationship between CMP Group and the SeekVerify Defendants and expects discovery will uncover such facts.

V E N A B L E  L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

COMPLAINT



<div style="margin-left:auto">V E N A B L E  L L P<br>2049 CENTURY PARK EAST, SUITE 2300<br>LOS ANGELES, CA  90067<br>310-229-9900</div>

**FIRST CAUSE OF ACTION**

**Copyright Infringement – 17 U.S.C. § 106**

**(against all Defendants)**

19.    TruthFinder incorporates by reference the foregoing paragraphs as if fully set forth herein.

20.    The TruthFinder Website that the Defendants copied is an actively promoted, highly visible, frequently visited and popular website.  As such Defendants, through the internet, had access to the TruthFinder Website.

21.    The striking similarity of the SeekVerify Website to the TruthFinder Website evidences this access and copying.

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

22.     As an initial representative copyright infringement, the home page for both the TruthFinder Website and the SeekVerify Website present splash pages that include, *inter alia*, initial Fair Credit Reporting Act (FCRA) disclaimers.  The SeekVerify Website display box is a nearly verbatim copy of the TruthFinder Website:



*The TruthFinder Website*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**V E N A B L E   L L P**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900



*The SeekVerify Website*

23.     As an additional example of copyright infringement, the SeekVerify Website directly copies the look and feel of the TruthFinder Website's main search page.  It includes a comparable background picture of a city skyline with a white text overlay that changes only the headline from "Background Check Service" to "Public Records Search."  It then flagrantly copies the "We're Very Popular" section, going so far as to falsely represent endorsement by various reputable publications.  *Cf.* Third Claim, *infra*.  Finally, it copies the review quote section at the bottom, stealing the phrase "What Our Happy Users Are Saying."



*The TruthFinder Website*



*The SeekVerify Website*

24.   As an additional example of copyright infringement, the SeekVerify Website baldly copies the TruthFinder Website's gender entry screen.

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900



*The TruthFinder Website*

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19



*The SeekVerify Website*

20

25.    As an additional example of copyright infringement, the SeekVerify

21   Website copies entire look and feel, as well as much of the verbatim text, of the

22   TruthFinder Website's loading pages.

23
24
25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900



*The TruthFinder Website*



*The SeekVerify Website*

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



*The TruthFinder Website*

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

COMPLAINT

*The SeekVerify Website*

26.    The foregoing examples are only representative of the copyright infringement taking place on the SeekVerify Website.  Further instances that are too voluminous to include here, are hidden in computer code, or are not readily reproducible in this format are also incorporated by reference into this Complaint.

27.    Defendants had access to the TruthFinder Website through the internet and by registering an account through the TruthFinder Website. Defendants are using website content that is the same as or substantially similar to TruthFinder's copyrighted website content.  Specifically, the SeekVerify Website infringes upon TruthFinder's copyrightable materials as to its text, images,

computer code, elements, compilation, sequence, flow, and has the same total concept and look and feel, all being substantially similar to the copyrighted TruthFinder Website.

28.    Defendants are willfully infringing the copyright in the TruthFinder Website by unlawful verbatim reproducing, improper paraphrasing, preparing derivative works, and publicly displaying identical or substantially similar web content in violation of the United States Copyright Act, 17 U.S.C. §106.  At no time has TruthFinder authorized Defendants to reproduce, prepare derivative works, or publicly display the TruthFinder Website or any portion thereof.

29.    Defendants' infringements were and are willful, and executed with full knowledge of TruthFinder's copyright, and in conscious disregard of TruthFinder's exclusive rights in its protected work.

30.    By reason of Defendants' infringement, TruthFinder has sustained and will continue to sustain substantial injury, loss, and damage to its ownership rights in the copyrighted work.

31.    Further irreparable harm to TruthFinder is imminent as a result of Defendants' conduct, and TruthFinder is without an adequate remedy at law. TruthFinder is therefore entitled to an injunction, in accordance with 17 U.S.C. § 502, restraining Defendants, their officers, directors, agents, employees, representatives, assigns, and all persons acting in concert with Defendants from engaging in further acts of copyright infringement.

32.    TruthFinder is further entitled to recover from Defendants the damages sustained by TruthFinder as a direct and proximate result of Defendants' acts of infringement.  TruthFinder is at present unable to ascertain the full extent of the monetary damage it has suffered by reason of Defendants' acts of copyright infringement.

33.    TruthFinder is further entitled to recover from Defendants the gains, profits, and advantages Defendants have obtained as a result of its acts of copyright

infringement.  TruthFinder is at present unable to ascertain the full extent of the gains, profits, and advantages Defendants have obtained by reason of its acts of copyright infringement.

34.     At its election, TruthFinder is entitled to recover statutory damages in accordance with 17 U.S.C. § 504.

35.     TruthFinder is entitled to recover costs and attorneys' fees in accordance with 17 U.S.C. § 505.

## SECOND CAUSE OF ACTION

## False Advertising -- 15 U.S.C. § 1125(a)

## (against all Defendants)

36.     TruthFinder incorporates by reference the foregoing paragraphs as if fully set forth herein.

37.     When a potential consumer searches "Seek Verify" through the Google search engine, a link appears containing the heading "Try it now for free and get emails and addresses from any person."

38.     On information and belief, the SeekVerify Website does not provide free information.  Although a consumer may enter search terms and may receive "teaser data" before payment, a consumer cannot receive SeekVerify's people finder, criminal record, social media and other public record information about a person without creating an account and paying SeekVerify.  Accordingly, Defendants' representation that SeekVerify provides its public record information for free is literally a false statement or representation of fact regarding the characteristics of the services it offers via its website, made in the context of commercial advertising or promotion.

39.     Defendants' misrepresentation regarding the free searches is likely to deceive and actually deceives consumers into thinking the website can be used free of charge.  This false or misleading representation of fact misrepresents the nature, characteristics, and qualities of Defendants' services.

COMPLAINT

40. On information and belief, consumers are more likely to transact business with Defendants because of its misrepresentation that its public record information can be acquired for free.

41. By its false and misleading statements or representations of fact, Defendants have actually deceived a substantial segment of the relevant consuming public, such that Defendants have experienced increased sales, profits, and reputation, while TruthFinder experienced decreased sales, profits, and reputation.

42. But for Defendants' material false advertising practices, set forth herein, TruthFinder would have experienced greater sales and subscriptions of its substantially similar product than it actually did.  Defendants' misrepresentations have hindered or harmed TruthFinder's ability to compete with Defendants.

43. As a result of Defendants' improper activities, TruthFinder has suffered and will continue to suffer substantial injury, including irreparable injury to its reputation and business, unless Defendants are enjoined.

44. Defendants' false and misleading statements were and are being made available in a global search engine and are therefore made in interstate commerce and used in commercial advertising or promotion.

45. Defendants' improper activities, as set forth above, have been willful and deliberate, thereby making this an exceptional case under the Lanham Act and warranting attorney's fees and damages not exceeding three times the amount of actual damages. 15 U.S.C. § 1117(a)(3).

## THIRD CAUSE OF ACTION

### False Advertising -- 15 U.S.C. § 1125(a)

### (against all Defendant)

46. TruthFinder incorporates by reference the foregoing paragraphs as if fully set forth herein.

COMPLAINT

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

47.    One of the SeekVerify Website's entry pages contains the headline "We're Very Popular" followed by the logos of five prominent internet publications.

48.    However, upon information and belief, SeekVerify has never been mentioned in any of the above publications.  Rather, each of these publications has instead run stories referencing the TruthFinder Website.

49.    Additionally, one of SeekVerify's checkout pages contains the headline "Maybe You've [*sic*] heard of us" followed by the logos of four more prominent publications.



50.    Upon information and belief, SeekVerify has never been mentioned by AOL, Yahoo!, or CNN.com.  SeekVerify's only appearance on FoxNews.com comes from sponsored ads that SeekVerify itself placed on FoxNews.com.

51.    Defendants' misrepresentation regarding the endorsement of these websites is likely to deceive and actually deceives consumers into thinking the SeekVerify Website has been approved of by these reputable publications.  This misrepresentation regarding the origin, sponsorship, or approval of the Website is likely to deceive as to the affiliation, connection, or association of its services with third parties.

52.    On information and belief, consumers are more likely to transact business with the SeekVerify Website because of its misrepresentation that it has

been endorsed by the Daily Mail, GQ, Bustle.com, CNet, the Huffington Post, AOL, Yahoo!, CNN, or FoxNews.

53.     By its false and misleading statements or representations of fact, Defendants have actually deceived a substantial segment of the relevant consuming public, such that Defendants have experienced increased sales, profits, and reputation, while TruthFinder experienced decreased sales, profits, and reputation.

54.     But for Defendants' material false advertising practices, set forth herein, TruthFinder would have experienced greater sales and subscriptions of its substantially similar product than it actually did.  Defendants' misrepresentations have hindered or harmed TruthFinder's ability to compete with Defendants.

55.     As a result of Defendants' improper activities, TruthFinder has suffered and will continue to suffer substantial injury, including irreparable injury to its reputation and business, unless Defendants are enjoined.

56.     Defendants' false and misleading statements were and are being made available on a globally accessible website and are therefore made in interstate commerce and used in commercial advertising or promotion.

57.     Defendants' improper activities, as set forth above, have been willful and deliberate, thereby making this an exceptional case under the Lanham Act and warranting attorney's fees and damages not exceeding three times the amount of actual damages. 15 U.S.C. § 1117(a)(3).

## FOURTH CAUSE OF ACTION

### False Advertising -- 15 U.S.C. § 1125(a)

### (against all Defendants)

58.     TruthFinder incorporates by reference the foregoing paragraphs as if fully set forth herein.

59.     The SeekVerify Website's purchase page, reproduced below, does not clearly or conspicuously disclose the material terms of the SeekVerify Website's billing structure.  Significantly, in fine print below the credit card entry form, the



SeekVerify Website discloses that the default option, which is advertised as "$1.00 – Get 1 day access," is in fact an auto-renewing subscription plan which charges the user's credit card $39.95 every 30 days.

60.    Additionally, the checkout page offers an option labeled "Try ID Safeguard for Identity and Fraud protection for only $1."  However, the fine print of the checkout page further discloses that the "IDSafeGuard" option also auto-renews every 30 days for $18.95 in addition to the $1 fee for the first day.

61.    Federal law states that "It shall be unlawful for any person to charge or attempt to charge any consumer for any goods or services sold in a transaction effected on the Internet through a negative option feature unless the person—(1) provides text that clearly and conspicuously discloses all material terms of the transaction before obtaining the consumer's billing information; (2) obtains a

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

COMPLAINT

consumer's express informed consent before charging the consumer's credit card, debit card, bank account, or other financial account for products or services through such transaction; and (3) provides simple mechanisms for a consumer to stop recurring charges from being placed on the consumer's credit card, debit card, bank account, or other financial account." 15 U.S.C. § 8403.

62.     California law similarly requires clear and conspicuous disclosure of negative option marketing, affirmative consent, and purchase acknowledgements with cancellation instructions.

63.     As defined by California law, "'Clear and conspicuous' or 'clearly and conspicuously' means in larger type than the surrounding text, or in contrasting type, font, or color to the surrounding text of the same size, or set off from the surrounding text of the same size by symbols or other marks, in a manner that clearly calls attention to the language." Cal. Bus. & Prof. Code § 17601.

64.     Defendants' disclosures are neither clear nor conspicuous and thus falsely and misleadingly omit the required information for such a billing practice. This false or misleading representation of fact misrepresents the nature, characteristics, and qualities of Defendants' services.

65.     Defendants' misrepresentation surrounding its billing practices is likely to deceive and actually deceives consumers into thinking the SeekVerify Website does not participate in illegal billing practices.

66.     On information and belief, consumers are more likely to transact business with the SeekVerify Website because of its misrepresentations regarding its billing practices.

67.     By its false and misleading statements or representations of fact, Defendants have actually deceived a substantial segment of the relevant consuming public, such that Defendants have experienced increased sales, profits, and reputation, while TruthFinder experienced decreased sales, profits, and reputation.

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

68.     But for Defendants' material false advertising practices, set forth herein, TruthFinder would have experienced greater sales and subscriptions of its substantially similar product than it actually did.  Defendants' misrepresentations have hindered or harmed TruthFinder's ability to compete with Defendant.

69.     As a result of Defendants' improper activities, TruthFinder has suffered and will continue to suffer substantial injury, including irreparable injury to its reputation and business, unless Defendants are enjoined.

70.     Defendants' false and misleading statements were and are being made available on a globally accessible website and are therefore made in interstate commerce and used in commercial advertising or promotion.

71.     Defendants' improper activities, as set forth above, have been willful and deliberate, thereby making this an exceptional case under the Lanham Act and warranting attorney's fees and damages not exceeding three times the amount of actual damages. 15 U.S.C. § 1117(a)(3).

## FIFTH CAUSE OF ACTION
### Unfair Competition in Violation of
### California Business & Professions Code § 17200 *et seq*.
### (against all Defendants)

72.     TruthFinder incorporates by reference the foregoing paragraphs as if fully set forth herein.

73.     Defendants have engaged in unfair competition by committing unfair, fraudulent, or deceptive acts within the meaning of California Bus. & Prof. Code §§ 17200 *et seq.*, including but not limited to the following: offering to sell public record information in competition with TruthFinder through false and misleading statements; failing to clearly and conspicuously discloses all material terms of the transaction before obtaining the consumer's billing information; failing to obtain consumers' express informed consent before charging consumers' credit cards, debit cards, bank accounts, or other financial accounts for products or services;

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

and, upon information and belief, failing to provide simple mechanisms for consumers to stop recurring charges from being placed on the consumers' credit cards, debit cards, bank accounts, or other financial accounts; and advertising and through a website that infringes upon TruthFinder's copyrights.

74.     Such misconduct is unlawful within the meaning of § 17200 *et seq.* and § 17601 *et seq.*, and therefore constitutes unfair competition.  Defendants' conduct was undertaken with knowledge, and hence intent, to unlawfully injure TruthFinder, and for purposes of advancing the competitive business interests of the Defendants at the expense of TruthFinder.

75.     Defendants' misconduct constitutes, among other things, unfair or fraudulent business practices and unfair, deceptive, untrue or misleading advertising.

76.     Defendants' misconduct constitutes unfair competition in violation of California Bus. & Prof. Code § 17200 *et seq.*, and TruthFinder is entitled to restitution and/or disgorgement of funds obtained by Defendants from their unlawful practices pursuant to California Bus. & Prof. Code § 17203.

77.     Defendants' misconduct has harmed and will continue to harm TruthFinder, causing it irreparable injury for which there is no adequate remedy at law unless enjoined by this Court pursuant to California Bus. & Prof. Code § 17203.  Upon information and belief, Defendants' misconduct is willful, wanton, and calculated to deceive, and was undertaken in bad faith.  As a result, this Court should award TruthFinder its reasonable attorneys' fees pursuant to its equitable powers.

## SIXTH CAUSE OF ACTION
### Unjust Enrichment
### (against all Defendants)

78.     TruthFinder incorporates by reference the foregoing paragraphs as if fully set forth herein.

79.     As a direct and proximate result of Defendants' misconduct, and through affirmative actions and intentional omissions, as set forth above, Defendants have been unjustly enriched.

80.     Specifically, Defendants received substantial compensation derived from their unfair actions to the detriment of and at the expense of TruthFinder.  It would be unjust and unconscionable to permit Defendants to be enriched at TruthFinder's expense.

81.     By reason of the foregoing, TruthFinder seeks disgorgement of Defendants' profits, benefits, and other compensation obtained from the wrongful conduct described herein.

## PRAYER FOR RELIEF

1.     For a preliminary and permanent injunction enjoining and restraining Defendants and all persons acting in concert with them from reproducing, distributing, creating derivative works, displaying, advertising, promoting, offering for sale and/or selling, or performing any materials that are substantially similar to the copyrighted works, and to destroy and certify to the Court such destruction or deliver to the Court for destruction or other reasonable disposition all such materials and means for producing same in Defendants' possession or control;

2.     For a preliminary and permanent injunction enjoining and restraining Defendants and their agents, servants, employees, attorneys, and all persons acting in concert and participation with it from making false and misleading statements of fact regarding the paid nature of its public record information;

3.     For actual damages and Defendants' profits to be determined at trial, plus interest;

4.     For statutory damages of $150,000 per infringement pursuant to 17 U.S.C. § 504, at TruthFinder's election;

5.     For other equitable relief, including an accounting and disgorgement of Defendants' revenues and/or profits resulting from the infringement and/or

Defendants' violations of the Lanham Act pursuant to 15 U.S.C. § 1117, and/or violation of the California Bus. & Prof. Code § 17200 *et seq.,* in an amount to be proven at trial;

6.     For treble TruthFinder's actual damages according to proof under 15 U.S.C. § 1117;

7.     For an award of reasonable attorney's fees and costs under 17 U.S.C. § 505 and, after finding that this is an "exceptional case," under 15 U.S.C. § 1117; and

8.     For such other and further relief as the Court deems just and proper.

## DEMAND FOR JURY TRIAL

TruthFinder respectfully demands trial by jury on all claims so triable.

DATED:  April 6, 2018                    VENABLE LLP

                                         By:  /s/ Matthew J. Busch
                                              Daniel S. Silverman
                                              Matthew J. Busch
                                              Damon W.D. Wright
                                              (*pro hac vice* application to be filed)
                                              Attorneys for TruthFinder LLC

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900