VENABLE LLP
Daniel S. Silverman (SBN 137864)
dsilverman@venable.com
Matthew J. Busch (SBN 307396)
mjbusch@venable.com
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone:   (310) 229-9900
Facsimile:    (310) 229-9901

Damon W.D. Wright
(*pro hac vice* application to be filed)
dwdwright@venable.com
600 Massachusetts Avenue NW
Washington, DC 20001
Telephone:   (202) 344-4937
Facsimile:    (202) 344-8300

Attorneys for TruthFinder LLC

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUTHFINDER LLC, a Delaware limited liability company,<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>PLATINUM DATA VERIFI LLC, a New York limited liability company; SEEKVERIFY LLC, a New York limited liability company; and CMP GROUP INC, a New York corporation,<br><br>　　　　　　　　Defendants. | CASE NO.  **'18CV0691 LAB RBB**<br><br>**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT** |

TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA:

PLEASE TAKE NOTICE that the undersigned, counsel of record for Plaintiff TruthFinder LLC ("Plaintiff") hereby makes the following corporate disclosure pursuant to Federal Rule of Civil Procedure 7.1:

Plaintiff is not a publicly owned company and no publicly owned company owns 10% or more of Plaintiff's stock.  Except as set forth below, Plaintiff does not have parent companies.

Pubrec LLC has an ownership interest in Plaintiff TruthFinder LLC.

DATED:  April 6, 2018             VENABLE LLP

By:  /s/ Matthew J. Busch
     Daniel S. Silverman
     Matthew J. Busch
     Damon W.D. Wright
     (*pro hac vice* application to be filed)
     Attorneys for TruthFinder LLC