DYKEMA GOSSETT LLP
J. Kevin Snyder (SBN: 107509)
ksnyder@dykema.com
Brian H. Newman (SBN: 205373)
bnewman@dykema.com
333 South Grand Avenue, Suite 2100
Los Angeles, CA  90071
Telephone:  (213) 457-1800
Facsimile:  (213) 457-1850

Attorneys for Defendants
Platinum Data Verifi LLC and
SeekVerify LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUTHFINDER LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>PLATINUM DATA VERIFI LLC, a New York limited liability company; SEEKVERIFY LLC, a New York limited liability company; and CMP GROUP INC, a New York Corporation,<br><br>Defendants. | Case No. 3:18-cv-00691-LAB-RBB<br><br>**CORPORATE DISCLOSURE STATEMENT** |

1 | Pursuant to FRCP, Rule 7.1, defendants Platinum Data Verifi LLC ("PDV")
2 | and SeekVerify LLC ("SeekVerify") state as follows:
3 |     1.    No publicly held corporation owns stock in PDV or SeekVerify; and
4 |     2.    PDV is a subsidiary of ADV Capital LLC.

Dated: June 8, 2018          DYKEMA GOSSETT LLP

By: /s/ *J. Kevin Snyder*
J. Kevin Snyder
Brian H. Newman
Attorneys for Defendants
Platinum Data Verifi LLC and
SeekVerify LLC

DYKEMA GOSSETT LLP
333 SOUTH GRAND AVENUE
SUITE 2100
LOS ANGELES, CA 90071

1
CORPORATE DISCLOSURE STATEMENT