# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUTHFINDER LLC,<br><br>Plaintiff,<br><br>v.<br><br>PLATINUM DATA VERIFY LLC, et al.,<br><br>Defendant. | Case No.: 18cv691-LAB (RBB)<br><br>**ORDER OF DISMISSAL** |

The joint motion to dismiss (Docket no. 23) is **GRANTED**. As provided by Fed. R. Civ. P. 41(a), this action is **DISMISSED WITH PREJUDICE**. The parties shall bear their own costs and attorney's fees.

**IT IS SO ORDERED**.

Dated: October 15, 2018

_Larry A. Burns_
Hon. Larry Alan Burns
United States District Judge